UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRYSTAL C. MILES,

    Plaintiff,

v.

    Case No. 4:18-cv-10061
    Hon. Linda V. Parker
    Magistrate Judge Stephanie Dawkins Davis

TRANSWORLD SYSTEMS INC. and
WELTMAN, WEINBERG & REIS, CO., LPA,

    Defendants.
_____/

## STIPULATION TO DISMISS

Plaintiff and Defendants Transworld Systems, Inc. and Weltman, Weinberg & Reis, Co., LPA, through their undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice and without attorney fees or costs to any party.

*/s/Brian P. Parker*
Brian P. Parker (P48617)
Attorney for Plaintiff

*/s/ Morgan I. Marcus*
Morgan I. Marcus
Attorney for Transworld Systems Inc.

*/s/Jeffrey S. Hengeveld*
Jeffrey S. Hengeveld (P66029)
Attorney for Defendant Weltman,
Weinberg & Reis, Co., LPA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRYSTAL C. MILES,

    Plaintiff,

                      Case No. 4:18-cv-10061
v.                   Hon. Linda V. Parker
                      Magistrate Judge Stephanie Dawkins Davis

TRANSWORLD SYSTEMS INC. and
WELTMAN, WEINBERG & REIS, CO., LPA,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the stipulation between Plaintiff and Defendants Transworld Systems Inc. and Shermeta Law Group, PLLC, through their respective counsel, and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that this case is dismissed with prejudice and without costs or attorney fees to be assessed against any party.

**This is a Final Order that closes this case.**

                                        s/ Linda V. Parker
                                        LINDA V. PARKER
                                        U.S. DISTRICT JUDGE

Dated: April 19, 2018